UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN P. MORGAN,

         Plaintiff,

    v.

JANET NAPOLITANO, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, FEDERAL PROTECTIVE SERVICE,

         Defendants.

/

NO. CIV. S-09-2649 LKK/DAD

O R D E R

Pursuant to the status conference held on November 15, 2010, the court VACATES the status (pretrial scheduling) order entered on March 9, 2010. (ECF No. 12). Plaintiff SHALL inform the court within seven (7) days of defendant's filing of an answer to an instant complaint, at which time the Court shall set a further status conference.

IT IS SO ORDERED.

DATED: November 17, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT