IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN P. MORGAN,

     Plaintiff,                    CIV S-09-2649 LKK DAD

     v.

JANET NAPOLITANO, et al.,

     Defendants.              <u>ORDER AFTER HEARING</u>

_____/

        This matter came before the court on November 19, 2010, for hearing on plaintiff's renewed motion to compel and for sanctions. Louis Demas, Esq. appeared for plaintiff, and J. Earlene Gordon, Esq. appeared for defendants.

        For the reasons set forth on the record, IT IS ORDERED that plaintiff's motion to compel and for sanctions (Doc. No. 36) is denied without prejudice as premature.

DATED: November 22, 2010.

                                                */s/ Dale A. Drozd*
                                              DALE A. DROZD
                                              UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.civil\morgan2649.oah.111910