BENJAMIN B. WAGNER
United States Attorney
J. EARLENE GORDON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendant Napolitano

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. MORGAN,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JANET NAPOLITANO,<br><br>　　　　　Defendant. | CASE NO. 2:09-cv-02649 LKK DAD<br><br>**JOINT STIPULATION TO CONTINUE THE HEARING ON DEFENDANT'S MOTION TO DISMISS AND ORDER** |

Plaintiff John P. Morgan and Defendant Janet Napolitano, by and through their respective counsel, and pursuant to Local Rules 230 and 143, hereby stipulate to the continuance of the hearing on Defendant's Motion to Dismiss, currently noticed for December 6, 2010, for the reason that Plaintiff's counsel is unavailable on that date, and further stipulate to the rescheduling of the hearing on January 24, 2011, at 10:00 a.m., the first date available for both parties and the Court.

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

DATED:  November 23, 2010　　　　　　　　 /s/   Louis Demas
　　　　　　　　　　　　　　　　　　　　　　LOUIS DEMAS
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff John P. Morgan

DATED:  November 23, 2010　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　By:  /s/ J. Earlene Gordon
　　　　　　　　　　　　　　　　　　　　　　J. EARLENE GORDON
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

**Joint Stipulation to Continue Hearing**　　　　　　　　　　　　　　　　　　　　　　　　　　　　1

**IT IS SO ORDERED.**

DATED:   November 23, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT