BENJAMIN B. WAGNER
United States Attorney
J. EARLENE GORDON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Defendant
Janet Napolitano, Secretary of the
United States Department of Homeland Security

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. MORGAN,<br><br>           Plaintiff,<br><br>     v.<br><br>JANET NAPOLITANO, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, IMMIGRATION AND CUSTOMS ENFORCEMENT, FEDERAL PROTECTIVE SERVICE,<br><br>           Defendants. | CASE NO. 2:09-cv-02649 LKK DAD<br><br>**ORDER APPOINTING SETTLEMENT JUDGE** |

At the request of the parties (ECF No. 72), this matter is hereby set for a settlement conference before Magistrate Judge Edmund F. Brennan on December 1, 2011 at 10:00 a.m.

The parties are directed to submit confidential settlement conference statements to chambers (efborders@caed.uscourts.gov) seven (7) days prior to the settlement conference.  Such statements are neither to be filed with the clerk nor served on opposing counsel.  However, each party shall e-file a one page document entitled Notice of Submission of Confidential Settlement Conference Statement.  The parties may agree, or not, to serve each other with the settlement statements.  Each party is reminded of the requirement that it be represented in person at the settlement conference by

1 | a person able to dispose of the case or fully authorized to settle the matter at the settlement
2 | conference on any terms.  See Local Rule 270.
3 |     IT IS SO ORDEDED.
4 |     Dated:  October 26, 2011.

```
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```