1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                          EASTERN DISTRICT OF CALIFORNIA

8

9   JOHN P. MORGAN,

10          Plaintiff,

11          v.                          CIV. NO. S-09-2649 LKK/DAD

12   JANET NAPOLITANO, SECRETARY,
     U.S. DEPARTMENT OF HOMELAND
13   SECURITY, IMMIGRATION AND
     CUSTOMS ENFORCEMENT, FEDERAL
14   PROTECTIVE SERVICE

15          Defendants.
     _____/
16
     JOHN P. MORGAN,
17
            Plaintiff,
18
            v.                          CIV. NO. S-12-1287 LKK/DAD
19
     JANET NAPOLITANO, SECRETARY,
20   U.S. DEPARTMENT OF HOMELAND
     SECURITY,
21                                      RELATED CASE ORDER
            Defendant.
22   _____/

23       The court has received the Notice of Related Cases filed

24   May 12, 2012.  Examination of the above-entitled actions reveals

25   that the two (2) actions are related within the meaning of

26   Local Rule 123(a), E.D. Cal. (2011).

1    Because the cases are already assigned to the same district

2 judge and magistrate judge, this order is issued for informational

3 purposes only and shall have no effect on the status of the cases.

4    IT IS SO ORDERED.

5    DATED: May 14, 2012.

6

7

8

9    LAWRENCE K. KARLTON
     SENIOR JUDGE
10   UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26