UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOHN P. MORGAN,

       Plaintiff,

          v.                 CIV. NO. S-09-2649 LKK/DAD

JANET NAPOLITANO, SECRETARY,
U.S. DEPARTMENT OF HOMELAND
SECURITY, IMMIGRATION AND
CUSTOMS ENFORCEMENT, FEDERAL
PROTECTIVE SERVICE

       Defendants.
_____/

JOHN P. MORGAN,

       Plaintiff,

          v.                 CIV. NO. S-12-1287 LKK/DAD

JANET NAPOLITANO, SECRETARY,
U.S. DEPARTMENT OF HOMELAND
SECURITY,

                                           <u>RELATED CASE ORDER</u>

       Defendant.
_____/

    The court has received the Notice of Related Cases filed May 12, 2012. Examination of the above-entitled actions reveals that the two (2) actions are related within the meaning of Local Rule 123(a), E.D. Cal. (2011).

1 | Because the cases are already assigned to the same district
2 | judge and magistrate judge, this order is issued for informational
3 | purposes only and shall have no effect on the status of the cases.
4 | IT IS SO ORDERED.
5 | DATED: May 14, 2012.

```
                          /s/ Lawrence K. Karlton
                          _____
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT
```