BENJAMIN B. WAGNER
United States Attorney
J. EARLENE GORDON
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. MORGAN,<br><br>             Plaintiff,<br><br>        v.<br><br>JANET NAPOLITANO, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY,<br><br>             Defendants. | CASE NO. 2:09-cv-02649 LKK DAD<br><br>**ORDER AMENDING PRETRIAL (SCHEDULING) ORDER** |

The Court having read and considered the parties' Joint Motion to Amend the Pretrial (Scheduling) Order [Doc. 89], and for good cause showing,

**IT IS HEREBY ORDERED** that the deadlines in the case are extended as follows:  DISCOVERY is to be completed by September 11, 2012; LAW AND MOTION is to be completed by November 11, 2012; FINAL PRETRIAL CONFERENCE is set for February 11, 2013, at 2:30 p.m.; given these changes, trial must be and is HEREBY RESCHEDULED for May 14, 2013, at 10:30 a.m.

**IT IS SO ORDERED.**

Dated:  June 26, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1