LOUIS DEMAS SBN # 87286
Attorney at Law
2713 E Street
Sacramento, California 95816-3221
(916) 498-9055

RAYNA S. BECKER SBN #146541
2217 Portmarnock Way
Roseville, CA 95678
(916) 773-0603

Attorneys for John P. Morgan

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN P. MORGAN, ) | CIV NO. 2:09-cv-02649-LKK-DAD |
| Plaintiff, ) | |
| v. ) | **ORDER ON EX PARTE MOTION** |
| JANET NAPOLITANO, SECRETARY, ) | **TO SHORTEN TIME** |
| U.S. DEPARTMENT OF HOMELAND ) | |
| SECURITY, IMMIGRATION AND ) | |
| CUSTOMS ENFORCEMENT, FEDERAL ) | |
| PROTECTIVE SERVICE, ) | |
| Defendant. ) | |

The court having considered plaintiff's ex parte motion to shorten time on his motion to extend the discovery deadline for the taking of a deposition of Mario Canton, and good cause appearing therefor,

IT IS ORDERED, that the hearing on Plaintiff's motion for production of documents now set for hearing on October 15, 2012 be held on October 1, 2012 at 10:00 a.m.

IT IS FURTHER ORDERED THAT defendant may file a response to the motion no later than September 24, 2012.

DATED: September 18, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT